**IN RE: Samuel Jay LEVINE, Respondent.**

Bar Registration No. 166306

No. 16-BS-962

District of Columbia Court of Appeals.

Filed October 20, 2016

BEFORE: Glickman and Thompson, Associate Judges; and Reid, Senior Judge.

### ORDER

PER CURIAM

Upon consideration of the Board on Professional Responsibility's (the "Board") motion for leave to file under seal the Board's petition pursuant to D.C. Bar R. XI, § 13 (c), to suspend respondent indefinitely based on disability and respondent having interposed no objection thereto, it is hereby

ORDERED that the Board's motion for leave to file under seal is granted. It is

FURTHER ORDERED that respondent is indefinitely suspended from the practice of law in the District of Columbia, pursuant to D.C. Bar Rule XI, § 13 (e), effective immediately. Respondent's reinstatement to the District of Columbia Bar shall be in accordance with the provisions of D.C. Bar R. XI, § 13 (g); and it is

FURTHER ORDERED that respondent's attention is drawn to the requirements of D.C. Bar R. XI, §§ 14 and 16, related to suspended attorneys; and it is

FURTHER ORDERED that respondent shall file an affidavit in compliance with D.C. Bar R. XI, § 14 (g) with the court and the Board and shall serve a copy of the affidavit on Disciplinary Counsel.